# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

**FILED**
in the Middle District of
North Carolina

**October 13, 2023**
**8:46 pm**

Clerk, US District Court
By: _____ dmk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JEFFREY SCOTT HOBGOOD | ) Case No. 1:23MJ **433** |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      JEFFREY SCOTT HOBGOOD      ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ☑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

Transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Date: 10/13/2023

City and state:   Winston-Salem, North Carolina

*Issuing officer's signature*

Hon. Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |