FILED
in the Middle District of
North Carolina
10/16/2023
7:15 pm
Clerk, US District Court
By: \_\_\_\_kg\_\_\_\_

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | Case No. 1:23-MJ-433 |
|---|---|
| v. | |
| JEFFREY SCOTT HOBGOOD | |

## MOTION TO REDACT CRIMINAL COMPLAINT

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through her assistant, JoAnna G. McFadden, and respectfully moves this Honorable Court to redact the criminal complaint affidavit (as identified in the supplement to this motion) and completely seal the supplement to this motion in this matter. Such sealing is within the inherent power of the court to control papers filed with it. *See, e.g., Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 64 (4th Cir. 1989). In support whereof, the government shows unto the court the following:

(1) The criminal complaint affidavit describes an investigation involving the interstate transmission of threats and identifying details of victims.

(2) Therefore, disclosure of the contents of the criminal complaint affidavit and the supplement to this motion may have a significant negative impact on the effectiveness the investigation and/or the safety of potential witnesses.

WHEREFORE, the government respectfully moves that this Honorable Court redact the criminal complaint affidavit and entirely seal the supplement to this motion until further order of the Court.

This the 16th day of October, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

JOANNA G. MCFADDEN
Assistant United States Attorney
NYSB #4500948
NCSB #60561
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401
336/332-6362