# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

FILED
in the Middle District of
North Carolina

10/16/2023
7:15 pm

Clerk, US District Court
By: _____ kg _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JEFFREY SCOTT HOBGOOD | ) | Case No. |
| | ) | |
| | ) | 1:23MJ 433 |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _6/14/2022 through 10/13/2023_ in the county of _Montgomery_ in the
_Middle_ District of _North Carolina_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting in interstate commerce a communication containing a threat to injure the person of another |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Michael Stone

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

_/S/ Michael Stone_
Complainant's signature

Michael Stone, Special Agent, FBI
Printed name and title

Date: _10/13/2023_

City and state: _Winston-Salem, North Carolina_

_Joi Elizabeth Peake, U.S. Magistrate Judge_
Printed name and title

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## AFFIDAVIT IN SUPPORT OF AN
## ARREST WARRANT AND CRIMINAL COMPLAINT

I, Michael Stone, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been so employed since August 2020. I currently investigate federal crimes involving civil rights violations and public corruption for the Charlotte Division of the FBI. Prior to my employment as a Special Agent, I served in a sworn law enforcement capacity at the local and state levels since 2015. I have been trained by the FBI in numerous investigative techniques, as well as in the preparation, presentation, and service of criminal complaints, arrest warrants, and search warrants, and I have been involved in the investigation of numerous types of offenses against the United States.

2. The facts set forth in this affidavit are the products of my investigation, as well as the investigation of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

3. Based on my training and experience and the facts as set forth in

1

this Affidavit, there is probable cause to believe that on multiple dates between June 14, 2022 and October 13, 2023, in the Middle District of North Carolina, Jeffrey Scott Hobgood, date of birth xx/xx/1958, violated 18 U.S.C. § 875(c), that is, transmitting in interstate commerce a communication containing a threat to injure the person of another.

## JURISDICTION

4.      This court has jurisdiction to issue the requested arrest warrant based on a criminal complaint, pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure.

## RELEVANT STATUTE

5.      18 U.S.C. § 875(c) criminally punishes "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another . . ."

## PROBABLE CAUSE

6.      On October 11, 2023, ▉▉▉, Director of Safety and Security at ▉▉▉▉▉▉▉▉▉▉, a Jewish house of worship located in Charlotte, North Carolina, contacted the FBI Charlotte field office. M.P. provided a screenshot of an email that the email address "hobgoodscott320@yahoo.com"[1] sent to the

---

[1] Yahoo email addresses are administered by Yahoo, Inc., a company that provides a variety of internet services. I know that the internet is a means and facility of interstate commerce.

2

email address ▆▆▆▆▆▆▆▆▆▆ a generic informational email

address associated with the Jewish ▆▆▆▆▆▆▆▆▆▆▆▆.[2] The

email stated:

> Israeli jews of david star,
> I am going to take every one of you out in a way,
> that is your highest displeasure 10 fold.
> You will beg for your life.
> Guess what?
> It won't be the last time.
> I own your asses, because of imposing on others free will.
> So you semite pieces of shit - will be annihilated.
> It won't stop there, you will find out.
> You can't stop what is coming.
> And.
> You couldn't stop me even if your god was real . . .
> JSH

J. Scott Hobgood

7.      I am aware that on or about October 7, 2023, militants with

Hamas, a group designated by the United States government as a terrorist

organization, entered Israel from the Gaza Strip and proceeded to murder or

kidnap multiple residents of Israel. I am aware that news reporting of this

event included descriptions of the execution of Israeli children in the presence



3

of their parents and vice versa, and the kidnapping of Israeli vulnerable victims by Hamas – that is, small children, elderly individuals, and/or individuals suffering from significant physical and/or mental infirmities, to include victims with congenital heart diseases and victims with Parkinson's Disease. This occurred approximately four days prior to the email referenced in paragraph six.

8.      FBI Charlotte obtained a copy of the email, which was transmitted in interstate commerce from the "hobgoodscott320@yahoo.com" email address to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ email address.

9.      Through a search of law enforcement databases related to "J. Scott Hobgood" and the email address "hobgoodscott320@yahoo.com," FBI Charlotte personnel learned that on September 21, 2022, C.H. advised the FBI Johnson City Resident Agency that her brother, Jeffrey Scott Hobgood, had threatened her and the FBI. C.H. reported these threats to the local police in Tennessee, where she resided, and Troy, North Carolina, where Hobgood resided. C.H. advised that Hobgood referenced "telling your boy he will hang," as well as comments about hanging C.H.'s husband. C.H. provided the email addresses "hobgoodscott320@yahoo.com" and "allfrmone1@yahoo.com" as ones associated with Jeffrey Scott Hobgood. She further advised that he lived at 218 Bruton Street, Apartment 3, Troy, North Carolina, 27371.

4

10.     FBI personnel further learned that on or about June 16, 2022, C.H. reported to the Carter County, Tennessee Sheriff's Office that on June 14, 2022, her brother, Jeffrey Scott Hobgood, sent her multiple threatening emails between the hours of 1 p.m. and 5 p.m. Specifically, Hobgood emailed C.H. threats, including, but not limited to, the following:

a. "I will see you and your boy in hell will not live through";

b. "Your ass is mine"; and

c. "I will in essence pop you in the mouth."

11.     C.H. advised law enforcement that she understood "your boy" to refer to her husband.

12.     Through a search of law enforcement databases, law enforcement learned that a Jeffrey Scott Hobgood, pictured below, was identified in the North Carolina driving records as residing at 218 Bruton Street, Apartment 3, Troy, North Carolina, 27371.

5



13.     On October 11, 2023, FBI Charlotte contacted the Troy Police Department (CMPD) about Hobgood, who had also received communications from the Charlotte-Mecklenburg Police Department (CMPD) regarding the same. CMPD requested that TPD contact Hobgood and ask him to call the CMPD.

14.     Officers with TPD went to Hobgood's residence at 218 Bruton Street. Hobgood was home at the time. TPD officers asked Hobgood to call CMPD and he refused. TPD officers then asked Hobgood about the threatening communication described in paragraph six. Hobgood admitted to sending an email to a Jewish center in Charlotte, but advised officers that the content of the email was "none of their business" and ordered them to leave his property.

6

Hobgood further made statements about it being "dangerous" for them if they stayed on his property. TPD officers activated their body worn cameras for these interactions.

15. On October 13, 2023, the Jewish ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ received another email from "hobgoodscott320@yahoo.com" at the same ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ email address. The email stated:

7

Dear Lucifer/Satan shitbirds,

Do you really think the united states of America is going to let you people suck us dry. Fat chance. Guess what happens to traitors? Guess what happens to dual citizenship? Public execution. We are at war bitches and your citizens started it. Guess who's going to finish it? If you think you semite pieces of shit are going to win, then you are delusional.

JSH

16. The email included an image of a quote attributed to the current Prime Minister of Israel, Benjamin Netanyahu, and a graphic of headshots of individuals purportedly associated with multiple news media organizations, with stars of David affixed to the upper left-hand corner of each headshot. The email ended with the name "J. Scott Hobgood."

17. Based on the forgoing, I request that the Court issue the proposed arrest warrant based on this criminal complaint.

Respectfully submitted,

/s/ Michael Stone
Michael Stone
Special Agent
Federal Bureau of Investigation

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this __13__ day of October, 2023, at __7:51__ p.m.

Joi Elizabeth Peake
United States Magistrate Judge

8